Kendrick WILLIAMS, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2011–3113.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2012.

Aaron L. Martin, Martin & Kieklak Law Firm, of Fayetteville, AR, argued for petitioner.

Hillary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

BRYSON, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**